# Exhibit A





**¡Enhorabuena!**
Has sido seleccionado para poder ganar un Vale de 1.000€ en: Corte Inglés, Producto de Apple, Carrefour o fnac
¿Qué ves?

○ Cuero   ○ Serpiente   ○ Oruga

# Kate Moss' sister is modeling and guess how old she is… (8 photos)

**15**

NOVEMBER 15, 2011   |   AUTHOR: **MEGAN AKA: SUPER HYBRID**   |   IN: **CELEBRITY, FASHION, PHOTOGRAPHY**



Kate's sister Lottie Moss is only THIRTEEN. Did you guess her age correctly? Find out more about her HERE.



## EYE CANDY

**AFTERNOON EYE CANDY: HOT MEN OF THEBERRY! (70 PHOTOS)**

**CHANNING TATUM'S HOT MOVIE ROLES (12 PHOTOS)**

**BERRY HOT MEN: SHIRTLESS FRIDAY (28 PHOTOS)**





## SUBSCRIBE



Click on the RSS graphic above or enter your email address:

Our Facebook Page has exclusive photo galleries not shown on theBERRY   Like 26k   theBERRY.com on Facebook   X (close)

out more about her HERE.





BOY MEETS WORLD: HOW DO THEY LOOK NOW? (12 PHOTOS)

I WONDER IF D-BAGS HAVE MIRRORS (31 PHOTOS)

I SEE YOU CHOSE A NEW FACE (39 PHOTOS)

FOR SALE: CHRISTINA AGUILERA RELEASES NEW PICS OF $13.5M HOME (8 PHOTOS)



LOOK WHAT I FOUND… ALL THE AWESOME! (31 PHOTOS)

AFTERNOON EYE CANDY: FOUND! LUCAS





### I SEE YOU CHOSE A NEW FACE (39 PHOTOS)

### FOR SALE: CHRISTINA AGUILERA RELEASES NEW PICS OF $13.5M HOME (8 PHOTOS)

### LOOK WHAT I FOUND... ALL THE AWESOME! (31 PHOTOS)



### AFTERNOON EYE CANDY: FOUND! LUCAS BERNARDINI (31 PHOTOS)

### AFTERNOON EYE CANDY: RUPERT GRINT (33 PHOTOS)



### BERRY HOT MEN: RANDOM HOTTIES (29 PHOTOS)

### I CARE ABOUT COLLEGE (31 PHOTOS)



### SUNDAY BRUNCH (60 PHOTOS)





5



6





**SMITTY MUST WATCH MARMADUKE (VIDEO)**



**BITS OF ART FOUND AROUND THE INTERWEB (34 PHOTOS)**



**'SLUMDOG MILLIONAIRE' STAR FREIDA PINTO GRACES GQ INDIA (4 PHOTOS)**



**DAILY AWWW: CHECK OUT YOUR C-U-T-E PETS! (29 PHOTOS)**



**DAILY AWWW: LOVE YOU SO MUCH I WANT TO SQUISH YOU (38 PHOTOS)**



**AFTERNOON EYE CANDY: RANDOM HOTTIES: GIF EDITION (13 GIFS)**



**THE OSCARS 2011 RED CARPET (43 PHOTOS)**

Our Facebook Page has exclusive photo galleries not shown on theBERRY  Like 26k theBERRY.com on Facebook  X (close)



6



THE OSCARS 2011 RED CARPET (43 PHOTOS)



AFTERNOON EYE CANDY: BEN RAPPAPORT (28 PHOTOS)



DAILY AWWW: THIS CAT IS HAVING AN IDENTITY CRISIS (VIDEO)



SUNDAY BRUNCH (54 PHOTOS)



MIRANDA KERR: VOGUE SPAIN SEPTEMBER 2010 (10 PHOTOS)

THECHIVE: SWIMMING POOL ADD-ON FOR YOUR YACHT. REALLY? (11 PHOTOS)

AND THE 'STUPIDITY AWARD' GOES TO… (17 PHOTOS)

7



LINKS

Our Facebook Page has exclusive photo galleries not shown on theBERRY   Like 26k    theBERRY.com on Facebook   X  (close)





Click HERE for a Kate Moss Vogue photo shoot.