Peter R. Afrasiabi, Esq. (Bar No. 193336)
    pafrasiabi@onellp.com
John Tehranian, Esq. (Bar. No. 211616)
    jtehranian@onellp.com
Robert D. Hunt, Esq. (Bar No. 247802)
    rhunt@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Plaintiff,*
*Andrea Carter-Bowman Ltd.*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA CARTER-BOWMAN LTD., a United Kingdom Company,<br><br>    Plaintiff,<br><br>v.<br><br>THEBERRY.COM, a Business Form Unknown; RESIGNATION MEDIA, LLC, an Indiana Limited Liability Company; and DOES 1-10 INCLUSIVE,<br><br>    Defendants. | Case No. 2:14-cv-03094-PA-PJW<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Stipulation of Dismissal With Prejudice, hereby orders that:

1. This action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Plaintiff and Defendants shall bear their own attorneys' fees and costs incurred in connection with this action.

IT IS SO ORDERED.

Dated: September 6, 2014

_____
Honorable Percy Anderson
United States District Judge